# UNITED STATES DISTRICT COURT
## District of Minnesota

Bashir Khalif Abdi,

Petitioner,

v.

Eric Klang, Samuel Olson, Kristi Noem, Pamela Bondi,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-4559 KMM/DJF

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Bashir K. A.'s Amended Petition for a Writ of Habeas Corpus (Dkt. 13) is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(1) or § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Petitioner, **subject only to any conditions in place prior to his arrest and no later than 5:00 p.m. on February 18, 2026**.

4. Upon his release, Respondents must return **all of Petitioner's personal effects seized as a result of his arrest, including but not limited to immigration paperwork**. His property must be returned in the same condition as it was in at the time he was arrested.

5. Finally, the Court **ORDERS** Respondents to file a notice within 24 hours of Petitioner's release, specifying the date, time, and location of his release.

Date: 2/18/2026

KATE M. FOGARTY, CLERK